STATE of Missouri, Respondent,

v.

George GRAHAM, Appellant.

No. 69766.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Deborah B. Wafer, Dist. Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Asst. Attorney General, Jefferson City, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

**ORDER**

PER CURIAM.

Defendant appeals from the judgment entered upon his convictions by a jury of two counts of first degree murder and two counts of armed criminal action. Defendant was sentenced to concurrent terms of life imprisonment without parole for each murder count and twenty-one years imprisonment for each armed criminal action count. No jurisprudential purpose would be served by a written opinion.